# FEDERAL PUBLIC DEFENDER
## WESTERN DISTRICT OF NEW YORK

JOSEPH B. MISTRETT
*FEDERAL DEFENDER*
joseph_mistrett@fd.org

MARK D. HOSKEN
*ASSISTANT DEFENDER*
mark_hosken@fd.org

28 EAST MAIN STREET
FIRST FEDERAL PLAZA, SUITE 400
ROCHESTER, NEW YORK 14614

585-263-6201
FAX: 585-263-5871

BUFFALO OFFICE
300 PEARL STREET, SUITE 450
BUFFALO, NEW YORK 14202
716-551-3341
716-551-3346-FAX

*REPLY TO: ROCHESTER*

August 8, 2006

**Via Facsimile**

Honorable Michael A. Telesca
United States District Judge
2720 U.S. Courthouse
100 State Street
Rochester, NY 14614

Re:   United States v. Joseph Hackrott, 06-CR-6116-T

Dear Judge Telesca:

Mr. Hackrott is scheduled to surrender to the United States Marshals Service today. Mr. Hackrott is represented by Elizabeth Switzer of our office. Ms. Switzer is currently engaged in trial before Judge Siragusa. I spoke with Mr. Hackrott this morning. Mr. Hackrott advised that he met with his doctor yesterday at the Syracuse V.A. Hospital. Mr. Hackrott continues with therapy three times a week and remains in an immobilizer brace. Mr. Hackrott was told to call the doctor's office this morning to reschedule an appointment for early September. It is expected that that appointment will be within the first ten days of September. He currently remains in an immobilizer brace and is expected to remain in that brace until his follow-up appointment in early September. Therefore, I respectfully request that you extend Mr. Hackrott's surrender date until September 12, 2006. Mr. Hackrott continues to be supervised by USPO Kerry Chartier. Mr. Hackrott explained that he informs probation of his medical appointments.

I respectfully request that you reschedule Mr. Hackrott's surrender until September 12, 2006.

Thank you for your consideration of this request.

Very truly yours,

*Mark D. Hosken*

Mark D. Hosken
Assistant Federal Defender

MDH:dmp
cc: Richard A. Resnick, AUSA (via facsimile)
    Charles Salina, USMS (via facsimile)

**SO ORDERED**

*Michael A. Telesca*

MICHAEL A. TELESCA
United States District Judge